IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01932-BNB

SCOTT A. STECKEL,

    Plaintiff,

v.

MOFFAT COUNTY SHERIFF'S DEPARTMENT, and
MOFFAT COUNTY SHERIFF'S MEDICAL DEPARTMENT,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 08 2007

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

On September 6, 2007, Plaintiff Scott A. Steckel submitted to the Court a *pro se* Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Mr. Steckel also submitted a certified account statement, but the statement did not include account transactions for the month prior to when Mr. Steckel signed and submitted the Complaint. At the time Plaintiff initiated the instant action, he was detained at the Moffat County Jail in Craig, Colorado.

On September 13, 2007, Magistrate Judge Boyd N. Boland entered an order directing the Clerk of the Court to commence a civil action and instructing Mr. Steckel to file a trust fund account statement that covered the entire six-month period immediately preceding the filing of the instant action. Plaintiff submitted an account statement on September 24, 2007. The account statement covered the entire period from April 2007 through August 2007. Mr. Steckel explained that the account statement only covered five months because he only had been incarcerated since April 2007. The September

24, 2007, account statement, however, is deficient. The statement is not properly certified by a jail official. Mr. Steckel signed the statement, and an unidentified individual simply attested to Mr. Steckel's signature.

Magistrate Judge Boland entered a Minute Order on September 25, 2007, granting Plaintiff an additional thirty days to submit to the Court a properly certified inmate trust fund account statement. On October 5, 2007, the September 25, 2007, Minute Order was returned to the Court marked "Return to Sender Attempted Not Known Unable to Forward."

Pursuant to Rule 10.1M. of the Local Rules of Practice of the United States District Court for the District of Colorado-Civil, a party must file a notice of a new address within ten days of any change of address. Nonetheless, Mr. Steckel now has failed to communicate with the Court, and as a result he has failed to cure the deficiency within the time allowed. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice for failure to cure the deficiency.

DATED at Denver, Colorado, this 7 day of Nov., 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01932-BNB

Scott A. Steckel
Prisoner No. 0004193
Moffat County Jail
800 W 1st Street #200
Craig, CO 81625

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on \_\_11/8/07\_\_

GREGORY C. LANGHAM, CLERK

By: _____
            Deputy Clerk